THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Freddie
 Gardner, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Lee County
  R. Ferrell Cothran, Jr., Circuit Court
Judge

Memorandum Opinion No.  2011-MO-040
 Submitted December 14, 2011  Filed
December 19, 2011

AFFIRMED

 
 
 
 Freddie Gardner, Pro Se.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley Elliott, and Assistant
 Attorney General Mary S. Williams, Office of the Attorney General, of Columbia,
 for Respondents.
 
 
 

PER CURIAM:   This is an appeal from an order of the
 circuit court denying petitioner's Rule 60(b), SCRCP, motion.  Petitioner filed
 a notice of appeal and a "Rule 243(c) Explanation" with attached
 documentation.  Because Rule 243(c), SCACR, does not apply in this appeal from
 the denial of a Rule 60(b) motion, no explanation was required.  Accordingly,
 we have construed the explanation, and the documentation attached thereto, as
 petitioner's brief and record for purposes of this appeal.
We affirm the
 decision of the circuit court pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: Rule 60(b), SCRCP; Linda McCompany, Inc. v. Shore,
 390 S.C. 543, 703 S.E.2d 499 (2010).
AFFIRMED.  
TOAL, C.J.,
 BEATTY, KITTREDGE and HEARN, JJ., concur. PLEICONES, J., not participating.